### CANFIELD *v.* JONES.

*Lumpkin, J.*—Even if the ground of the motion for a new trial as to newly discovered evidence was otherwise meritorious, it seems clear that this evidence might, by proper diligence, easily have been discovered before the trial; there was sufficient evidence to support the verdict; it was approved by the judge below; and there was no error at the trial. This court, therefore, cannot do otherwise than adhere to the long established rule that in such cases the judgment below must be affirmed.      *Judgment affirmed.*

July 29, 1895.

Complaint on notes. Before Judge Gober. Forsyth superior court. August term, 1894.

*H. P. & W. L. Bell*, for plaintiff.

*H. L. Patterson*, for defendant.

---

### AUSTELL *et al. v.* JAMES.

*Lumpkin, J.*—The exception to the charge "as a whole," and the assignments of error in connection therewith as to the "failure" of the court to charge so-and-so, are too vague and indefinite to present any distinct question for determination by this court; the refusal of the trial judge to give in charge to the jury the oral request submitted is not cause for a new trial; and it has not been made to appear to this court that the evidence, which was exceedingly confused and complicated, was insufficient to warrant the verdict. The plaintiffs in error have not successfully carried the burden imposed upon them by law, of affirmatively showing error entitling them to a new trial.      *Judgment affirmed.*

July 29, 1895.

Complaint. Before Judge Gober. Cobb superior court. November term, 1894.

*Mozley & Morris*, for plaintiffs in error.

*Clay & Blair*, contra.